MIM5800.12A
MARCH 19, 1999
PAGE 18

Attachment B

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA    )    CASE NUMBER: CR 04-2424-McAliley

         Plaintiff    )

63601-004    )
    -vs-    )    REPORT COMMENCING CRIMINAL

Jaime ROJAS    )    ACTION

           )

         Defendant

FILED by ___ D.C.
MAG. SEC.
APR 14 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

***

TO: CLERK'S OFFICE    (MIAMI)    FT. LAUDERDALE    W. PALM BEACH

U.S. DISTRICT COURT    (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

***

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: 4/14/2004    6:35 (a.m.)/p.m.

(2) LANGUAGE(S) SPOKEN: English/Spanish

(3) OFFENSE(S) CHARGED: 21 USC 963 - Consp. to Import Cocaine

(4) UNITED STATES CITIZEN: (X)YES    ( )NO    ( )UNKNOWN

(5) DATE OF BIRTH: 4/1/1980

(6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
[X] INDICTMENT    [ ] COMPLAINT    CASE #_____
[ ] BENCH WARRANT FOR FAILURE TO APPEAR
[ ] PAROLE VIOLATION WARRANT

